**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE ABELARDO RAMIREZ CANTARERO,<br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DE NINOS, JOVENS Y FAMILIAS DEL CONDADO DR CHESTER, PA 19380 0990, *et al.*,<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 25-CV-3499 |

**ORDER**

AND NOW, this 15th day of October, 2026, upon consideration of Jose Abelardo Ramirez Cantarero's Motion to Proceed *In Forma Pauperis* (Dkt. No. 6), Prisoner Trust Fund Account Statement (Dkt. No. 7), this Court's Order entered on September 3, 2025 (Dkt. No. 8), and *pro se* Amended Complaint (Dkt. No. 18), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **REOPEN** this case.

2. Insofar as this Court's prior Order (Dkt. No. 8) denied Ramirez Cantarero's Motion to Proceed *In Forma Pauperis*, that ruling is vacated and Ramirez Cantarero's Motion to Proceed *In Forma Pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

3. Jose Abelardo Ramirez Cantarero, #0078718, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Chester County Prison or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Ramirez Cantalero's inmate account; or (b) the average monthly balance in

Ramirez Cantarero's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Ramirez Cantarero's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Ramirez Cantarero's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

4. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Chester County Prison.

5. The Amended Complaint is **DEEMED** filed.

6. The Clerk is further **DIRECTED** to restrict access to the Amended Complaint (Dkt. No. 18) and to "Statements" (Dkt. No. 19) to public terminal users only because they contain personally identifiable information.[1] Ramirez Cantarero shall refrain from including his minor child's name in future filings.

7. All claims asserted on behalf of a third party minor child are **DISMISSED WITHOUT PREJUDICE** for the reasons provided in the accompanying Memorandum.

---

[1] This limits viewing of the Complaint on the court's CM/ECF system to court users, case participants, and those using the court computer in the Clerk's Office. Pursuant to Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper." *See also* Fed. R. Civ. P. 5.2(a) (regarding personal information in court filings).

8. The balance of Ramirez Cantarero's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Ramirez Cantarero filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

9. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

***/s/ Gerald J. Pappert***

**Gerald J. Pappert, J.**